**WO**

NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Araya Wolde Giorgis, et al., | No. CV-09-1174-PHX-FJM |
| Plaintiffs, | **ORDER** |
| vs. | |
| John C. Ogden, et al., | |
| Defendants. | |

We now have before us plaintiffs' motion for reconsideration (doc. 44). On October 26, 2009, we dismissed all claims against all defendants except a state law negligence claim that was remanded to state court. In that order we concluded that plaintiffs' dismissed claims are wholly frivolous. We reaffirm that conclusion. Plaintiffs have failed to meet the showing required by LRCiv 7.2(g), and therefore the motion for reconsideration is denied.

**IT IS ORDERED DENYING** plaintiffs' motion for reconsideration (doc. 44).

We again urge plaintiffs to seek the advice of counsel. If they do not have one, they may wish to contact the Lawyer Referral Service of the Maricopa County Bar Association at 602-257-4434.

DATED this 24th day of November, 2009.

Frederick J. Martone
United States District Judge